Upon consideration thereof,

IT IS ORDERED THAT:

(1) Broadcom's motion to dismiss is granted.

(2) Each side shall bear its own costs in 2007–1569.

(3) Qualcomm's motion to consolidate is granted. The revised official caption is reflected above.

(4) Qualcomm's motion for a 30–day extension is granted.

(5) Tompros's motion is granted.

**Keith Russell JUDD, Plaintiff–Appellant,**

v.

**FEDERAL PRISON INDUSTRIES, INC. Board of Directors, Federal Bureau of Prisons, and U.S. Department of Justice, Defendants–Appellees.**

No. 2008–1274.

United States Court of Appeals, Federal Circuit.

April 2, 2008.

### ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit

Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Keith Russell JUDD, Plaintiff–Appellant,**

v.

**John B. FOX, Warden, Defendant–Appellee.**

No. 2008–1275.

United States Court of Appeals, Federal Circuit.

April 2, 2008.

### ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for